UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JASMIN R. FRANCIS,

                Plaintiff,

    -against-                                         **REPORT & RECOMMENDATION**
                                                          20-CV-1942 (PKC) (SMG)

WILLIAMS & FUDGE, INC.,

                Defendant.
-------------------------------------------------------------------x

STEVEN M. GOLD, U.S. Magistrate Judge:

    Plaintiff commenced this case on April 28, 2020. Dkt. 1. The parties filed a notice of settlement on July 16, 2020. Dkt. 7. The Court then directed the plaintiffs to file a stipulation of dismissal or joint status report letter by September 14, 2020. Order dated July 16, 2020. When the parties failed to do so, the Court extended the deadline to October 6, 2020. Order dated Sept. 28, 2020. The parties again failed to meet that deadline. Accordingly, I respectfully recommend that this case be dismissed without prejudice for failure to prosecute unless the parties have a reasonable explanation for their failure to respond to the Court's orders.

    Any objections to the recommendation made in this Report must be made within fourteen days after filing of this Report and Recommendation and, in any event, on or before October 28, 2020. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's order. *See Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (discussing waiver under the former ten-day limit).

                                                                               /s/
                                                                  Steven M. Gold
                                                                  United States Magistrate Judge

Brooklyn, New York
October 14, 2020

U:\#ECC 2019-2020\Misc Projects\20-cv-01942 R&R.docx